IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-4-D
No. 5:14-CV-136-D

RANDY WESLEY JONES,              )
                                 )
          Petitioner,            )
                                 )
     v.                          )          **ORDER**
                                 )
UNITED STATES OF AMERICA,        )
                                 )
          Respondent.            )

On September 5, 2014, Randy Wesley Jones filed a motion for reconsideration concerning

this court's order of July 31, 2014 [D.E. 110], which dismissed his section 2255 motion [D.E. 112].

See Fed. R. Civ. P. 59(e)(1). In his motion for reconsideration, Jones hoped that the United States

Court of Appeals for the Fourth Circuit might decide Whiteside v. United States in such a way to

provide him relief. It did not. See Whiteside v. United States, No. 13-7152, 2014 WL 7245453

(4th Cir. Dec. 19, 2104) (en banc). The motion for reconsideration [D.E. 112] lacks merit and is

DENIED. The court also DENIES a certificate of appealability. See 28 U.S.C. § 2253(c).

SO ORDERED. This 13 day of January 2015.

JAMES C. DEVER III
Chief United States District Judge