IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-00004-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RANDY WESLEY JONES, ) | |
| ) | |
| Defendant ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 127 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 11 day of April, 2016.

JAMES C. DEVER, III
Chief United States District Judge