IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-4-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RANDY WESLEY JONES, ) | |
| ) | |
| Defendant. ) | |

On April 15, 2016, Randy Wesley Jones filed a motion for a sentence reduction pursuant to Rule 35 of the Federal Rules of Criminal Procedure [D.E. 131].

The plea agreement states that the government "is not promising to move for departure pursuant to ... Fed. R. Crim. P. 35." Plea Ag. [D.E. 73] ¶ 4(e). The government has not filed a Rule 35 motion. Thus, Jones's motion for a sentence reduction pursuant to Rule 35 [D.E. 131] is DENIED.

SO ORDERED. This 19 day of April 2016.

JAMES C. DEVER III
Chief United States District Judge