IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-4-D-1

| | |
|---|---|
| RANDY WESLEY JONES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On April 14, 2016, this court denied Randy Wesley Jones's pro se motion for a sentence reduction under 18 U.S.C. § 3582(c), U.S.S.G. § 1B1.10, and Amendment 782 to the Sentencing Guidelines. See [D.E. 130]. Jones appealed. On August 23, 2016, the United States Court of Appeals for the Fourth Circuit affirmed. See [D.E. 140].

While Jones's appeal was pending, Jones filed a motion for reconsideration [D.E. 137] and another motion under 18 U.S.C. § 3582(c), U.S.S.G. § 1B1.10, and Amendment 782. See [D.E. 138]. The motions [D.E. 137, 138] lack merit and are DENIED.

SO ORDERED. This 23 day of August 2016.

JAMES C. DEVER III
Chief United States District Judge