IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-4-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| RANDY WESLEY JONES, | ) |
| | ) |
| Defendant. | ) |

The United States shall file a response to defendant's motion for sentence reduction [D.E. 162]. The response is due not later than March 18, 2022.

SO ORDERED. This 8 day of February, 2022.

JAMES C. DEVER III
United States District Judge